UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN RONALD RICHMOND,<br><br>Defendant. | No. 2:17-CR-0091-LRS-1<br><br>**ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE AND MODIFYING CONDITION NO. 28** |

**IT IS HEREBY ORDERED**:

1. Defendant's Motion to Modify Release Conditions (ECF No. 46) is GRANTED.

2. Condition No. 28 of the court's May 9, 2017 Order (ECF No. 21) is herein modified to **REMOVE** the "**Home detention**" restriction and **ADD** the following curfew restriction:

> **Curfew: Defendant shall be restricted to his residence every day from <u>5:00 p.m.</u> to <u>9:00 a.m.</u> as directed by the Pretrial Services Office.**

The remainder of Condition 28, including electronic monitoring, is unchanged by this Order.

ORDER - 1

1 | The Clerk shall enter this Order and provide copies to counsel and Magistrate
2 | Judge Rodgers.

DATED this 18th day of September, 2017.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
SENIOR U.S. DISTRICT COURT JUDGE

ORDER - 2