PROB 12C
(6/16)

Report Date: September 8, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 09, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: John Ronald Richmond | Case Number: 0980 2:17CR00091-LRS-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Post Falls, Idaho 83854 | |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 14, 2018

| | | |
|---|---|---|
| Original Offense: | Distribution of 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(b)(viii) | |
| Original Sentence: | Prison - 72 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: May 13, 2022 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: May 12, 2027 |

### PETITIONING THE COURT

To issue a summons.

On May 17, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Richmond, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On June 24, 2022, John Richmond allegedly violated special condition number 6 by consuming methamphetamine.<br><br>On June 27, 2022, this officer received notification from Pioneer Human Services (PHS) that the offender had reported for phase urinalysis testing on that date. According to PHS, the urine sample provided by Mr. Richmond tested presumptive positive for methamphetamine, and he subsequently admitted to the use of methamphetamine on or about June 24, 2022. The offender signed an admission of use form confirming his admitted methamphetamine use. |

2     **Special Condition #5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On July 6, 2022, John Richmond allegedly violated special condition number 5 by failing to participate in his substance abuse group session as required.

On July 6, 2022, this officer received notification from PHS that the offender had failed to participate in his group treatment session on that date, as required. On July 7, 2022, the undersigned officer attempted to contact Mr. Richmond to discuss the information received from PHS, but he did not answer or respond to this officer.

The assigned probation officer did not speak to the offender until July 12, 2022, when he finally answered a phone call. He claimed he had been working "up north" and did not have phone reception. This officer advised he should have received the voice message that had been left for him on his phone once he returned to Spokane, and did have reception. He was subsequently instructed to report to the U.S. Probation Office that same date.

3     **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On July 12, 2022, John Richmond allegedly violated special condition number 6 by consuming methamphetamine.

On July 12, 2022, the offender reported to the U.S. Probation Office to meet with this officer as instructed. At that time, he was subject to random urinalysis testing, and provided a urine sample that tested presumptive positive for methamphetamine. Mr. Richmond denied the use of any controlled substances, and the sample was sent to the laboratory for further testing. On July 19, 2022, this officer received notification from the laboratory that the sample was "dilute."

4     **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about July 19, 2022, John Richmond allegedly violated special condition number 6 by consuming methamphetamine.

On July 12, 2022, Mr. Richmond was outfitted with a sweat patch due to concerns that he was attempting to circumvent urinalysis testing. On July 19, 2022, the offender reported to the U.S. Probation Office to have the sweat patch removed. The duty officer who collected the sweat patch that day noted the sweat patch appeared to have been tampered with, and it was sent to the laboratory for testing. On July 30, 2022, this officer received notification from the laboratory that the sweat patch collected from Mr. Richmond on July 19, 2022, was positive for methamphetamine.

The offender would later suggest he was "around people who were smoking methamphetamine," and he believed that was why he had tested positive. The undersigned subsequently explained that a sweat patch collects his sweat and not the air around him for testing, but he adamantly denied any drug use. The assigned probation officer further expressed concerns about the offender electing to be around people who were smoking methamphetamine.

5   **Special Condition #5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On July 20, 2022, John Richmond allegedly violated special condition number 5 by failing to participate in his substance abuse group treatment session as required.

On July 20, 2022, this officer received notification from PHS that the offender had failed to participate in his group treatment session on that date, as required.

6   **Special Condition #5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On July 29, 2022, John Richmond allegedly violated special condition number 5 by failing to participate in his substance abuse group treatment session as required.

On July 31, 2022, this officer received notification from PHS that the offender had failed to participate in his group treatment session on July 29, 2022, as required.

7   **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about August 10, 2022, John Richmond allegedly violated special condition number 6 by consuming methamphetamine.

On August 3, 2022, Mr. Richmond was outfitted with a sweat patch due to concerns that he was continuing to use methamphetamine. On August 10, 2022, the offender reported to the U.S. Probation Office to have the sweat patch removed. This officer noted that the sweat patch appeared to have been tampered with, and it was sent to the laboratory for testing.

On August 22, 2022, this officer received notification from the laboratory that the sweat patch collected from Mr. Richmond on August 10, 2022, was positive for methamphetamine. When confronted with the results, Mr. Richmond insisted he had not used any illicit substances.

| | | |
|---|---|---|
| 8 | **Special Condition #5**: | You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: On August 18, 19, and 29, 2022, John Richmond allegedly violated special condition number 5 by failing to participate in his substance abuse treatment sessions as required.

On September 2, 2022, this officer received notification from Spokane Addiction Recovery Center (SPARC) that despite having just become engaged in intensive outpatient (IOP) treatment on August 15, 2022, the offender had failed to participate in a number of his treatment sessions as required.

According to his treatment provider, Mr. Richmond also canceled sessions on August 23 and 26, 2022. It should be noted, the offender did not notify this officer he would be canceling the above-stated sessions, so they were not excused.

On September 2, 2022, the undersigned officer attempted to contact Mr. Richmond, via phone call and unscheduled home visit, to discuss the information received from SPARC, but he did not answer or respond to this officer. The offender did not contact the undersigned probation officer until the next morning, Saturday, September 3, 2022.

9    **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about September 1, 2022, John Richmond allegedly violated special condition number 6 by consuming methamphetamine.

On September 6, 2022, Mr. Richmond reported to the U.S. Probation Office as instructed by this officer. At that time, he was subject to random urinalysis testing and provided a urine sample that tested presumptive positive for methamphetamine. Because the offender denied the use of illicit substances, the sample was sent to the laboratory for further testing.

On September 7, 2022, the undersigned spoke with Mr. Richmond about the urine sample, and he denied the use of methamphetamine. He again suggested he may have tested positive because of second-hand exposure. The offender stated he had gone to the lake over the weekend, and there were people smoking marijuana and "probably other stuff." When this officer probed further as to how he could have tested positive for methamphetamine if he had not even seen anyone smoking methamphetamine, the offender then claimed he had seen people using methamphetamine. After further discussion, Mr. Richmond finally admitted that he consumed methamphetamine on or about September 1, 2022.

Prob12C
**Re: Richmond, John Ronald**
**September 8, 2022**
**Page 5**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/08/2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

September 9, 2022
Date