PROB 12C
(6/16)

Report Date: February 10, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 10, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: John Ronald Richmond | Case Number: 0980 2:17CR00091-LRS-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 14, 2018

| | | |
|---|---|---|
| Original Offense: | Distribution of 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(b)(viii) | |
| Original Sentence: | Prison - 72 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: May 13, 2022 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: May 12, 2027 |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 9/8/2022 and 10/03/2022.

On May 17, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Richmond, as outlined in the judgement and sentence.  He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 14 | **Special Condition #6**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about February 5, 2023, John Richmond allegedly violated special condition number 6, by consuming methamphetamine. |
| | On February 6, 2023, this officer attempted to contact Mr. Richmond a number of times via phone call and text message beginning early that morning, but he did not answer or respond. An attempt was then made to contact the offender at the clean-and-sober Oxford House where he was living, but Mr. Richmond was not located. |
| | Later that afternoon, at approximately 3:30 p.m., Mr. Richmond reported to the U.S. Probation Office and was subject to random urinalysis testing.  The offender provided a urine sample that was presumptive positive for methamphetamine, ultimately admitting to |

Prob12C
**Re: Richmond, John Ronald**
**February 10, 2023**
Page 2

| | |
|---|---|
| | the use of methamphetamine on or about February 5, 2023. He signed an admission of use form confirming that use. |
| 15 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: On February 6, 2023, John Richmond allegedly violated standard condition number 5 by failing to report a change in his living arrangement.

During the evening of February 6, 2023, the undersigned officer received notification from Oxford House staff that the offender was no longer a resident as of 7:33 p.m. According to the information received, when this officer attempted to verify Mr. Richmond's continued residency, Oxford House staff contacted the offender. He was instructed to report to the house to submit to urinalysis testing, but failed to do so. Because the program considers the missed urinalysis test to be a refusal, and thus a relapse, the offender was no longer welcome to reside in the clean-and-sober house.

Despite calling to check-in with this officer on February 7, 2023, the offender has made no mention of the change in his living situation. As such, the undersigned does not know where Mr. Richmond has been residing since February 7, 2023.

The U.S. Probation Office respectfully recommends the Court to **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/10/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS
[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.

_____
Signature of Judicial Officer

February 10, 2023
Date