PROB 12C
(6/16)

Report Date: September 14, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 14, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: John Ronald Richmond | Case Number: 0980 2:17CR00091-LRS-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | Spokane, Washington 99202 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 14, 2018

| | | |
|---|---|---|
| Original Offense: | Distribution of 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(b)(viii) | |
| Original Sentence: | Prison - 72 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(March 2, 2023) | Prison - 7 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: July 21, 2023 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: July 20, 2028 |

### PETITIONING THE COURT

To issue a **warrant.**

On July 28, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Richmond, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.<br><br>**Supporting Evidence**: On or about September 14, 2023, John Richmond allegedly violated special condition number 3 by assaulting another resident at the RRC, which resulted in the termination of his public law placement at the facility.<br><br>On the morning of September 14, 2023, this officer was contacted by administrative staff at the RRC. According to the information received, the offender's medical equipment began to beep in the early morning hours that morning, which upset another resident who resides |

Prob12C
**Re: Richmond, John Ronald**
**September 14, 2023**
Page 2

in the same dorm as Mr. Richmond. When the other resident urged the offender to tend to his machine, which has a very loud alarm, Mr. Richmond admitted inviting the other resident to "stand up and do something about it."

A few hours later, on September 14, 2023, Mr. Richmond again had a verbal confrontation with that same resident. According to the RRC, the offender pushed the other resident and hit him in the face twice.

As a result of the physical altercation, the offender's public law placement at the RRC has been terminated. Additionally, local law enforcement has been notified of the incident and criminal charges may be filed.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/14/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

September 14, 2023
Date