PROB 12C  
(6/16)

Report Date: July 3, 2024

# United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 03, 2024

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: John Ronald Richmond | Case Number: 0980 2:17CR00091-LRS-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99208 | |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 14, 2018

| | | |
|---|---|---|
| Original Offense: | Distribution of 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(b)(viii) | |
| Original Sentence: | Prison - 72 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(March 2, 2023) | Prison - 7 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: July 21, 2023 |
| Defense Attorney: | Carter Powers Beggs | Date Supervision Expires: July 20, 2028 |

### PETITIONING THE COURT

To issue a summons.

On July 28, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Richmond, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: On June 25, 2024, John Richmond allegedly violated standard condition number 2 by failing to report to the U.S. Probation Office as instructed.<br><br>On the morning of June 25, 2024, the undersigned probation officer attempted to contact the offender, but was unsuccessful. According to an automated message, the user's voice mailbox was full, so the call was disconnected without giving the undersigned the option to leave a message. Mr. Richmond was subsequently sent a text message instructing him to report to the U.S. Probation Office by 12 p.m. that same date. |

Prob12C
Re: Richmond, John Ronald
July 3, 2024
Page 2

On June 25, 2024, the offender failed to report as instructed.

The next morning, on June 26, 2024, this officer once again called the offender. Mr. Richmond answered the call and claimed he had not seen this officer's missed call or message until later in the evening; this officer did although note for the offender that he made no attempt to contact this officer once he received the message.

2  **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about June 22, 2024, John Richmond allegedly violated special condition number 6 by consuming methamphetamine.

On June 26, 2024, Mr. Richmond was instructed to report to the U.S. Probation Office that same morning for random urinalysis testing.

Upon arrival at the U.S. Probation Office the offender requested to speak with this officer before submitting to urinalysis testing. He subsequently admitted to methamphetamine use on or about June 22, 2024. He signed an admission of use form confirming that use. According to Mr. Richmond, he had gone camping with some old friends and a meth pipe began to be passed around the party, at which time he consumed methamphetamine.

The offender was subject to urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine; because Mr. Richmond had admitted using, the sample was not sent to a laboratory for additional testing.

3  **Standard Condition #7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: On March 19, 2024, John Richmond allegedly violated standard condition number 7 by failing to report a change in his employment.

On July 2, 2024, the undersigned probation officer contacted the offender's employer, ACI Coatings, LLC, in an attempt to verify his employment. According to the human resources manager, Mr. Richmond quit his job on March 19, 2024, which he had failed to report to the U.S. Probation Office.

Later that same date, on July 2, 2024, Mr. Richmond was confronted with the information received from his former employer. He claimed he had quit his job in anticipation of starting a new job, which has not yet happened, and he forgot to notify this officer of the change.

Prob12C
**Re: Richmond, John Ronald**
**July 3, 2024**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/03/2024

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

July 3, 2024

Date