PROB 12C
(6/16)

Report Date: July 30, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 31, 2024**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: John Ronald Richmond | Case Number: 0980 2:17CR00091-LRS-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99208 | |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 14, 2018

| | | |
|---|---|---|
| Original Offense: | Distribution of 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(b)(viii) | |
| Original Sentence: | Prison - 72 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(March 2, 2023) | Prison - 7 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: July 21, 2023 |
| Defense Attorney: | Carter Powers Beggs | Date Supervision Expires: July 20, 2028 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 7/3/2024.

On July 28, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Richmond, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about July 19, 2024, John Richmond allegedly violated special condition number 6 by consuming methamphetamine. |
| | On the morning of July 24, 2024, the offender was contacted and instructed to report to the U.S. Probation Office for random urinalysis testing. When he did finally report, this officer spoke with the offender before he was subject to testing. When asked if he would be negative, Mr. Richmond responded: "I should be." This officer was both confused and concerned by that response, so he was questioned further, but the offender claimed that he "should be negative." |

Prob12C
**Re: Richmond, John Ronald**
July 30, 2024
Page 2

The offender was then subject to random urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine. When confronted with the results, Mr. Richmond suggested he had unintentionally used drugs. According to the offender, on July 19, 2024, he asked for a cigarette while his vehicle was being washed. One of the men reportedly handed the offender a vape pen (an electronic smoking device), and he believes there may have been methamphetamine in that vape pen. He claims he began to feel strange after smoking from the vape pen, but it should be noted that the offender made no attempt to report the incident to the undersigned probation officer.

Mr. Richmond subsequently admitted to the use of methamphetamine on or about July 19, 2024, and he signed an admission of use form confirming that use.

Because Mr. Richmond had initially denied any illicit drug use, the sample was sent to the laboratory for further testing. On July 29, 2024, this officer received notification from the laboratory that the sample provided by the offender on July 24, 2024, was negative.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/30/2024

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[✓]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[✓]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

July 31, 2024
Date