PROB 12C
(6/16)

Report Date: December 4, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 05, 2024**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John Ronald Richmond     Case Number: 0980 2:17CR00091-LRS-1

Address of Offender: ███████████ Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 14, 2018

Original Offense:     Distribution of 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(b)(viii)

Original Sentence:     Prison - 72 months         Type of Supervision: Supervised Release
                       TSR - 60 months

Revocation Sentence:   Prison - 7 months
(March 2, 2023)        TSR - 60 months

Asst. U.S. Attorney:   Timothy J. Ohms           Date Supervision Commenced: July 21, 2023

Defense Attorney:      Carter Powers Beggs       Date Supervision Expires: July 20, 2028

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 7/03/2024 and 7/30/2024.

On July 28, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Richmond, as outlined in the judgement and sentence.  He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #6**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about October 31, 2024, John Richmond allegedly violated special condition number 6 by consuming methamphetamine. |
| | On November 5, 2024, this officer received notification from Pioneer Human Services (PHS) that Mr. Richmond had been subject to phase urinalysis testing on November 1, 2024, when his assigned color was identified for testing.  According to the information received, the |

Prob12C
Re: Richmond, John Ronald
December 4, 2024
Page 2

offender provided a urine sample that was presumptive positive for methamphetamine, but denied the use of any illicit substances; he signed a denial of use form confirming that denial. Because the offender denied use, the sample was sent to the national laboratory for additional testing.

On November 6, 2024, the undersigned contacted Mr. Richmond to discuss the presumptive positive urine sample. During that conversation, the offender admitted to the use of methamphetamine on or about October 31, 2024. As such, he was instructed to immediately report to the probation office.

Mr. Richmond reported to the U.S. Probation Office on November 6, 2024. He signed an admission of use form confirming his use, and this officer inquired about the incident in which he consumed methamphetamine. The offender admitted he had gone to a "dope party" for Halloween on October 31, 2024. At that party, Mr. Richmond claimed, "they were spinning dope into the cotton candy." Despite knowing that illicit substances were being mixed into the cotton candy, Mr. Richmond reportedly consumed said cotton candy.

| 6 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about November 17, 2024, John Richmond allegedly violated special condition number 6 by consuming methamphetamine.

On November 21, 2024, the undersigned attempted to contact Mr. Richmond, to instruct him to report to the U.S. Probation Office for random urinalysis testing, but was unsuccessful. The offender was subsequently left instructions, via a voice and text message, instructing him to report to the probation office by 1p.m. on that date.

At approximately 12:59 p.m., on November 21, 2024, the offender contacted the undersigned. He claimed he had just seen this officer's text message instructing him to report, and he was headed to the U.S. Probation Office as we spoke. The offender did not report to the U.S. Probation Office until approximately 3:05 p.m.

Upon arrival at the probation office, Mr. Richmond was subject to random urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine. The offender denied any illicit drug use, and the sample was sent to the national laboratory for additional testing.

Shortly thereafter, on November 21, 2024, the undersigned met with Mr. Richmond. He inquired about whether or not it would be beneficial for him to voluntarily enter into a detoxification program, but this officer expressed confusion about why the offender would need to detox if he was denying drug use. Ultimately, Mr. Richmond admitted to the use of methamphetamine on or about November 17, 2024, and he signed an admission of use form confirming that use.

According to the offender, he attended a party on November 17, 2024, for a friend who had just been released from the hospital after a stroke. Mr. Richmond stated that party goers were consuming methamphetamine, and he "took a hit."

Prob12C
**Re: Richmond, John Ronald**
**December 4, 2024**
**Page 3**

           On November 27, 2024, this officer received the laboratory results stating the urine sample provided by Mr. Richmond on November 21, 2024, tested negative.

7    **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

           **Supporting Evidence**: On November 27, 2024, John Richmond allegedly violated standard condition number 2 by failing to report to the U.S. Probation Office as instructed.

           On the morning of November 27, 2024, this officer attempted to contact Mr. Richmond, but he did not answer or respond. He was subsequently instructed to report to the probation officer by 12 p.m. on that date.

           On November 27, 2024, the offender failed to report as instructed. It should be noted that he did not attempt to contact this officer until the morning of December 2, 2024, when he sent the undersigned a text message.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/04/2024

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[✓]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[✓]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

December 5, 2024
Date