PROB 12C  
(6/16)

Report Date: March 24, 2025

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 25, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: John Ronald Richmond | Case Number: 0980 2:17CR00091-LRS-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99208 | |
| Name of Sentencing Judicial Officer: | The Honorable Lonny R. Suko, Senior U.S. District Judge |
| Date of Original Sentence: March 14, 2018 | |
| Original Offense: | Distribution of 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(b)(viii) |
| Original Sentence: | Prison - 72 months<br>TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(March 2, 2023) | Prison - 7 months<br>TSR - 60 months |
| Asst. U.S. Attorney: | Earl Allan Hicks |
| | Date Supervision Commenced: July 21, 2023 |
| Defense Attorney: | Carter Liam Powers Beggs |
| | Date Supervision Expires: July 20, 2028 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 07/03/2024, 07/30/2024, 12/04/2024 and 03/13/2025.

On July 28, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Richmond, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 13 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about March 12, 2025, John Richmond allegedly violated special condition number 6 by consuming methamphetamine.<br><br>On March 12, 2025, Mr. Richmond reported to the U.S. Probation Office after he failed to report as instructed on March 11, 2025. On March 12, 2025, the offender was subject to random urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine. He denied illicit drug use and signed a denial of use form. |

Prob12C
**Re: Richmond, John Ronald**
**March 24, 2025**
**Page 2**

After meeting with Mr. Richmond at the U.S. Probation Office, on March 12, 2025, he was instructed to report immediately to his substance abuse treatment provider, Riverside Recovery.

As instructed, the offender reported to Riverside Recovery on March 12, 2025. At that time, Mr. Richmond was subject to a mouth swab to test for the use of illicit controlled substances.

On March 15, 2025, this officer received notification from the laboratory that the urine sample provided to the U.S. Probation Office by Mr. Richmond on March 12, 2025, was negative.

Days later, on March 19, 2025, the undersigned was contacted by Riverside Recovery. According to the information received from the treatment provider, the mouth swab collected from the offender on March 12, 2025, was confirmed to be positive for both methamphetamine and alcohol.

Given the inconsistency between the results of the urine sample and mouth swab, both collected on March 12, 2025, this officer has concerns that Mr. Richmond has circumvented urinalysis testing.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/24/2025

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[✓]  Defendant to appear before the Magistrate Judge.

Signature of Judicial Officer

March 25, 2025
Date