PROB 12C
(6/16)

Report Date: January 16, 2026

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2026

SEAN F. MCAVOY, CLERK

ECF No 225

| | |
|---|---|
| Name of Offender: John Ronald Richmond | Case Number: 0980 2:17CR00091-LRS-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99205 | |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 14, 2018

| | | |
|---|---|---|
| Original Offense: | Distribution of 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(b)(viii) | |
| Original Sentence: | Prison - 72 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(March 2, 2023) | Prison - 7 months<br>TSR - 60 months | |
| Revocation Sentence:<br>(March 31, 2025) | Prison - 8 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: October 28, 2025 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: October 27, 2030 |

### PETITIONING THE COURT

To issue a warrant.

On October 31, 2025, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Richmond, as outlined in the judgement and sentence.  He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #2**:  You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay. |
| | **Supporting Evidence**: On January 14, 2026, John Richmond allegedly violated special condition number 2 by failing to attend mental health treatment as scheduled, which resulted in his unsuccessful discharge from treatment. |

Prob12C
**Re: Richmond, John Ronald**
**January 16, 2026**
**Page 2**

On January 14, 2026, this officer received notification from Pioneer Human Services (PHS) that Mr. Richmond failed to attend his mental health treatment session that morning as arranged. According to the treatment provider, the offender had not reported for services since December 8, 2025.

Per policy, after more than 30 days of nonengagement, the offender was unsuccessfully discharged from mental health treatment on January 15, 2026.

2    **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: On January 15, 2026, Mr. John Richmond allegedly violated standard condition number by failing to report to the probation office as instructed.

On January 15, 2026, in response to the noncompliance reported by the mental health treatment provider, the assigned probation officer attempted to contact Mr. Richmond, but his telephone number was not operational. Subsequently, this officer contacted the offender's employer at approximately 8:39 a.m. that morning and asked that a message be relayed to Mr. Richmond.

The individual under supervision did not contact the undersigned until approximately 3:14 p.m., on January 15, 2026. He claimed he was in Deer Park, Washington, so he was instructed to report to the U.S. Probation Office (USPO) by 4:00 p.m., on that date.

On the afternoon of January 15, 2026, Mr. Richmond failed to report to the probation office as instructed. The offender made no attempt to contact this officer until approximately 5:30 p.m., after close of business, suggesting that he was unable to report to the USPO because he was having issues with his vehicle.

3    **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about January 15, 2026, Mr. John Richmond allegedly violated special condition number 6 by consuming methamphetamine.

After failing to report to the probation office as instructed on January 15, 2026, the offender contacted this officer after the probation office closed, at approximately 5:30 p.m. He insisted that although he was unable to report on that date, he would be sure to report to the USPO the next morning.

The undersigned informed the offender that he would be subject to testing, either urinalysis or sweat patch testing. The offender insisted he would be negative for illicit substances. This officer advised the offender, that if it was later discovered he had in fact consumed controlled substances but had been dishonest with the USPO, additional violations would be alleged. Mr. Richmond then admitted to consuming methamphetamine earlier that day, on January 15, 2026, so he was instructed to report to the probation office the next morning.

Prob12C
**Re: Richmond, John Ronald**
**January 16, 2026**
Page 3

On January 16, 2026, the individual under supervision reported to the USPO and admitted to consuming methamphetamine at a friend's house in Deer Park, Washington. He subsequently signed an admission of use form confirming that admission.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 16, 2026

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

---

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

January 16, 2026
Date